# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>ZACHARY GROBSTEIN,<br><br>                          Defendant. | Case No.: 21CR2148-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for October 8, 2021 shall be continued to **November 12, 2021** at **1:30 p.m.**  Time is excluded to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  October 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21CR2148-JLS