# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 21 CR 2148-JLS |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| ZACHARY GROBSTEIN, | ) |
| Defendant | ) |

The Court finds that:

1. The defendants is in custody;
2. Defense Counsel for Mr. Grobstein is requesting a brief continuance in order to adequately prepare for the sentencing hearing;
3. Assistant United States Attorney's Derek Ko also joins in defense counsel's request;
4. All prior conditions of pretrial release, will remain in full force and effect;
5. Time will be excluded under the speedy trial clock.

IT IS THEREFOR ORDERED that Defendant ZACHARY GROBSTEIN'S sentencing hearing date be continued from March 18, 2022 at 9:00 a.m. to April 22, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge